|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | NORTHERN DISTRICT OF CALIFORNIA |

Vaughn Kerkorian and David Turner )
                                                              Plaintiff(s), )
                   v. )
Nissan North America, Inc. et al. )
                                                             Defendant(s). )

Case No: 4:18-cv-07815

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel A. Schlanger, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vaughn Kerkorian and David Turner in the above-entitled action. My local co-counsel in this case is Joel D. Smith, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-counsel's Address of Record: |
|---|---|
| 9 East 40th Street, Suite 1300<br>New York, NY 10016 | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 |
| My Telephone # of Record: | Local Co-counsel's Telephone # of Record: |
| (212) 500-6114 | (925) 300-4455 |
| My Email Address of Record: | Local Co-counsel's Email Address of Record: |
| dschlanger@consumerprotection.net | jsmith@bursor.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DS1981.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/28/19                                              /s/ Daniel A. Schlanger
                                                                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Daniel A. Schlanger is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/7/2019                                               /s/ Haywood S. Gill, Jr.
                                                             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>Daniel Adam Schlanger</u>, Bar # <u>DS1981</u>

was duly admitted to practice in this Court on

<u>04/08/2008</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>300 Quarropas Street White Plains, New York</u> on <u>December 26, 2018</u>

Ruby J. Krajick
Clerk

by _____
Deputy Clerk