**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, California 94596
Tel: (925) 300-4455
ltfisher@bursor.com
jsmith@bursor.com
fklorczyk@bursor.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VAUGHN KERKORIAN and DAVID TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case No. 4:18-cv-07815-HSG<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT NNA'S MOTIONS TO DISMISS OR TRANSFER IN THE *BASHAW* AND *KERKORIAN* ACTIONS**<br><br>Date: April 11, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

WHEREAS, on November 30, 2018, Plaintiff Cathy Bashaw filed a putative class action Complaint against Defendants Nissan North America, Inc. ("NNA") and Nissan Motor Co., Ltd. ("NML") (collectively, "Defendants") (the "*Bashaw* action");

WHEREAS, on December 31, 2018, Plaintiffs Vaughn Kerkorian and David Turner filed a putative class action Complaint against Defendants captioned *Kerkorian v. Nissan North America, Inc. et al.*, No. 4:18-cv-07815-HSG (N.D. Cal. filed Dec. 31, 2018) (the "*Kerkorian* action");

WHEREAS, on January 3, 2019, Plaintiff Bashaw filed a Motion for Consolidation and Appointment of Interim Class Counsel (*Bashaw* Dkt. 12) ("Motion for Consolidation"), which, among other things, seeks consolidation of this action with the *Kerkorian* action;

WHEREAS, on January 15, 2019, Defendant NNA filed in the *Bashaw* and *Kerkorian* actions a Motion to Dismiss or Transfer for Improper Venue or, In the Alternative, Transfer for Convenience ("Motions to Transfer") (*Bashaw* Dkt. No. 19; *Kerkorian* Dkt. No. 23), and set with the Court's permission March 14, 2019 as the hearing date;

WHEREAS, Plaintiffs' oppositions to the Motions to Transfer are due February 21, 2019, and NNA's reply briefs are due February 28, 2019;

WHEREAS, on February 11, 2019, the Court continued the hearing on the pending Motion for Consolidation and Motions to Transfer from March 14, 2019 to April 11, 2019;

WHEREAS, Plaintiffs and NNA have met and conferred through counsel and have agreed to modify the briefing schedule for NNA's Motions to Transfer, as set forth below;

WHEREAS, the stipulated modifications to the briefing schedule will not alter the April 11, 2019, hearing date or otherwise impact any other deadlines already set by the Court;

WHEREAS, by entering into this Stipulation, NNA does not waive, and hereby preserves, any and all defenses, objections, and motions available to it under federal or state law, including without limitation any defenses that it may raise under Federal Rule of Civil Procedure 12(b) or any other due order of pleadings motion;

THEREFORE, IT IS HEREBY STIPULATED by the parties, through their respective counsel, as follows:

1) Plaintiffs in the *Bashaw* and *Kerkorian* actions shall file their opposition(s) to the pending Motions to Transfer on or before February 28, 2019;

2) Defendant NNA shall file its reply briefs in support of the pending Motions to Transfer on or before March 14, 2019;

3) If the Court denies this Stipulation prior to Plaintiffs' filing of their opposition brief(s), NNA agrees not to argue Plaintiffs waived their opposition to the Motions to Transfer if Plaintiffs file their opposition brief(s) within three days of such denial.

Dated: February 19, 2019                     BURSOR & FISHER, P.A.

By: /s/ Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)

Dated: February 19, 2019                     DRINKER BIDDLE & REATH LLP

By: /s/ Paul J. Riehle

Paul J. Riehle
E. Paul Cauley Jr. (*pro hac vice pending*)
Matthew J. Adler

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Joel D. Smith, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of February 2019 in Walnut Creek, California.

By: /s/ Joel D. Smith
Joel D. Smith

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Date: February 20, 2019

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE